1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   HILL STREET HEALTH
     SERVICES, LLC,                        CASE NO. 2:16-CV-02486-BRO-AFM

12           Plaintiff(s),                 [*Case Assigned to the Honorable*
                                           *Beverly Reid O'Connell*]
13       vs.

14   COUNTY OF LOS ANGELES,                JUDGMENT
     a municipal corporation; AND DOES     [FRCP 8, 10, and 12(b)(6)]
15   1 THROUGH 10 INCLUSIVE,
                                           Action Filed:        04/12/2016:
16           Defendant(s).

17

18

19

20       County of Los Angeles's motion to dismiss plaintiff's second amended

21   complaint was considered by the Court on November 16, 2016 and deemed

22   appropriate for resolution without oral argument of counsel.  The Court then issued

23   an order to dismissing plaintiff's takings cause of action with prejudice and

24   dismissing the remainder of plaintiff's claims without prejudice.  Plaintiff was given

25   until 4:00 p.m. on Friday, December 2, 2016, to file a third amended complaint.

26   However, on December 1, 2016, plaintiff filed notice of its intent not to amend its

27   second amended complaint.

28

1    Based upon the papers filed in support of and in opposition to the motion, all

2 matters properly part of the record, and plaintiff's notice of its intent not to amend

3 the second amended complaint,

4

5    JUDGMENT is entered in favor of defendant County of Los Angeles. The

6 moving defendant shall recover its reasonable costs of suit herein as against

7 plaintiff.

8

9    IT IS SO ORDERED.

10

11 DATED: January 30, 2017

12    By: _____

13    Honorable Beverly R. O'Connell
    United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28